UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA RIGOR,<br><br>           Plaintiff,<br><br>     v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>           Defendants. | No.  2:23-cv-1679 DJC AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 17, 2023 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 3.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2023, are adopted in full; and

////

2. All claims against all defendants are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: **November 1, 2023**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE